UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CALLEJO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM KNIPP, Warden,<br><br>　　　　　Respondent. | No.  2:11-cv-1550-JKS-EFB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 27, 2013, United States District Judge James K. Singleton issued a memorandum decision on petitioner's habeas petition, in which he granted the petition in part, directed the undersigned to hold an evidentiary hearing on petitioner's claim that his trial counsel rendered ineffective assistance in failing to appeal petitioner's conviction and sentence, and ordered that counsel be appointed for petitioner for the purpose of the evidentiary hearing.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Federal Defender is appointed to represent petitioner.

/////

1

2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

3. A status conference is set for October 9, 2013, at 10:00 a.m. in Courtroom No. 8.

4. All parties shall appear at the status conference by counsel.

5. At the status conference, the parties shall be prepared to discuss possible dates for the scheduling of the evidentiary hearing and the potential length of the hearing.

DATED: September 10, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE