UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CALLEJO, | No.  2:11-cv-1550-JKS-EFB P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Pursuant to court order, a status conference was held on October 9, 2013, at 10:00 a.m. in Courtroom No. 8.  David M. Porter appeared for petitioner.  David Andrew Eldridge appeared for respondent.  After discussions with the parties and good cause appearing therefor, THE COURT ISSUED THE FOLLOWING ORDERS:

    1.  A two-day evidentiary hearing will commence on December 16, 2013, at 9:30 a.m. in Courtroom No. 8;

    2.  Twenty-eight days prior to the evidentiary hearing, petitioner shall file a brief addressing all legal issues pertinent to the matter before the court.  Respondent shall file a responsive brief no later than fourteen days prior to the hearing, and petitioner may file a reply no later than seven days prior to the hearing;

/////

/////

1

3. Within three weeks from the date of this order petitioner shall file with this court and serve upon respondent a list of all witnesses he intends to call at the evidentiary hearing. Respondent shall file and serve his witness list two weeks after receiving petitioner's list; and

4. The parties shall exchange all exhibits they intend to introduce ten days prior to the evidentiary hearing.

DATED: October 10, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE